DAN RAYFIELD
Attorney General
JAMES S. SMITH  #840932
Senior Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  James.S.Smith@doj.oregon.gov

NATHANIEL AGGREY #172283
Senior Assistant Attorney General
Department of Justice
1162 Court St. NE
Salem, OR 97301
Telephone: (503) 947-4700
Fax: (503) 947-4791
Email: Nathaniel.Aggrey@doj.oregon.gov

Attorneys for Defendant State of Oregon, Adams, Brazeau, Conzoner, Florip, Hill, Humphreys, Jester and Lawhead

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| M.B., C.D., J.G., B.J., M.K., J.L., R.L., E.N., D.S., and C.S., individuals proceedings under pseudonyms,<br><br>   Plaintiffs,<br><br>  v.<br><br>STATE OF OREGON, by and through the Oregon Youth Authority; KIMBERLY COPELAND, in her role as Personal Representative for the ESTATE OF EDWARD G. EDWARDS; RICHARD A. HILL; KAREN BRAZEAU; ROBERT JESTER; GARY LAWHEAD; MIKE CONZONER; DARIN HUMPHREYS; BRIAN J. FLORIP; STAFFER #1, an individual; STAFFER #2, an individual; | Case No. 3:26-cv-00303<br><br>NOTICE OF REMOVAL OF ACTION |

Page 1 -   NOTICE OF REMOVAL OF ACTION
   JSS/km4/988587776

STAFFER #3, an individual; STAFFER #4, an individual; STAFFER #5, an individual; and MARCIA ADAMS, an individual

        Defendants.

PLEASE TAKE NOTICE that the civil case of:  M.B., C.D., J.G., B.J., M.K., J.L., R.L., E.N., D.S., and C.S., individuals proceedings under pseudonyms, Plaintiffs v. STATE OF OREGON, by and through the Oregon Youth Authority; KIMBERLY COPELAND, in her role as personal representative for the ESTATE OF EDWARD G. EDWARDS; RICHARD HILL; KAREN BRAZEAU; ROBERT JESTER; GARY LAWHEAD; MIKE CONZONER; DARIN HUMPHREYS; BRIAN J. FLORIP; and MARCIA ADAMS, Defendants, Multnomah County Circuit Court Case No. 25CV14777, is hereby removed to the US District Court for the District of Oregon, Portland Division, pursuant to 28 USC § 1331 and 1446.  The grounds for removal are as follows:

1.      On March 12, 2025, Plaintiffs filed their initial Complaint naming only the State of Oregon as an identified party, and asserted state law claims against the state, meaning the case did not have a federal question and could not be removed. A copy of the initial Complaint and Summons is attached as **Exhibit 1**.

2.      On January 14, 2026, Plaintiffs filed the First Amended Complaint in Multnomah County Circuit Court, Case No. 25CV14777, naming the State of Oregon and individual defendants Kimberly Copeland, as personal representative for the Estate of Edward,[1] and State Defendants Adams, Brazeau, Conzoner, Florip, Hill, Humphreys, Jester and Lawhead.  A copy of the First Amended Complaint and Summons is attached hereto as **Exhibit 2**.  The Complaint contains claims for civil rights violations brought pursuant to 42 USC 1983 and negligence and sexual battery claims brought pursuant to the Oregon Tort Claims Act.

---

[1] Counsel for Defendant Kimberly Copeland for the Estate of Edward consents to removal and has agreed to waive service of the First Amended Complaint for their client.

Page 2 -   NOTICE OF REMOVAL OF ACTION
JSS/km4/988587776

3.      Attached as **Exhibit 3** is a true copy of the Acceptance of Service for the State of Oregon and the State Defendants, signed February 10, 2026.

4.      All other items that are in the Circuit Court file are attached hereto as **Exhibit 4**, inclusive.

5.      This Notice of Removal is timely under 28 USC § 1446(b)(3), which provides that a Notice of Removal may be filed within thirty days after receipt by the defendant, through service or otherwise, of a copy of an amended pleading, motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable.

6.      As of the date of this Notice, no further proceedings related to the case have been had in the Multnomah County Circuit Court.

7.      This Court has jurisdiction over the civil rights claims pursuant to 28 USC § 1331, since those claims raise federal questions.  This court has supplemental jurisdiction over the Oregon Tort Claims Act claims pursuant to 28 USC § 1367(a).

8.      All the defendants (who are not fictitious) join in the Notice of Removal.

9.      Pursuant to 28 USC § 1446(d), a copy of this Notice of Removal is being served upon Plaintiffs and Co-Defendants, and a copy will be electronically filed with the Multnomah County Circuit Court, attached hereto as **Exhibit 5**.

WHEREFORE, the above captioned case is removed from the Multnomah County Circuit Court to this court, pursuant to 28 USC § 1446.

DATED February  13, 2026.

Respectfully submitted,

DAN RAYFIELD
Attorney General


   *s/ Nathaniel Aggrey*
JAMES S. SMITH #840932
NATHANIEL AGGREY #172283
Senior Assistant Attorneys General
Trial Attorneys

Page 3 -   NOTICE OF REMOVAL OF ACTION
JSS/km4/988587776

Tel (971) 673-1880
Fax (971) 673-5000
James.S.Smith@doj.oregon.gov
Nathaniel.Aggrey@doj.oregon.gov
Of Attorneys for State of Oregon, Adams,
Brazeau, Conzoner, Florip, Hill, Humphreys,
Jester and Lawhead

Page 4 -    NOTICE OF REMOVAL OF ACTION
JSS/km4/988587776

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

## CERTIFICATE OF SERVICE

I certify that on February  13 , 2026, I served the foregoing NOTICE OF REMOVAL

OF ACTION upon the parties hereto by the method indicated below, and addressed to the

following:

| | |
|---|---|
| Peter Janci | ___ HAND DELIVERY |
| Kendall M. H. Spinella | X  MAIL DELIVERY |
| Crew Janci, LLP | ___ OVERNIGHT MAIL |
| 9755 SW Barnes Rd Ste 430 | ___ SERVED BY E-FILING |
| Portland, OR 97225 | X  SERVED BY EMAIL |
| *Of Attorneys for Plaintiff* | peter@crewjanci.com; |
| | kendall@crewjanci.com; |

| | |
|---|---|
| Paul C. Galm | ___ HAND DELIVERY |
| Galm Law | X  MAIL DELIVERY |
| 12220 SW First St | ___ OVERNIGHT MAIL |
| Beaverton, OR 97005 | ___ SERVED BY E-FILING |
| *Of Attorneys for Plaintiff* | X  SERVED BY EMAIL |
| | paul@paulgalmlaw.com; |
| Cally Korach | ___ HAND DELIVERY |
| HART WAGNER LLP | X  MAIL DELIVERY |
| 1000 SW Broadway, Suite 2000 | ___ OVERNIGHT MAIL |
| Portland, OR 97205 | ___ SERVED BY E-FILING |
| *Of Attorneys for Estate of Edwards* | X  SERVED BY EMAIL |
| | paul@paulgalmlaw.com; |

*s/ Nathaniel Aggrey*
NATHANIEL AGGREY #172283
Senior Assistant Attorney General
Trial Attorney
Tel (503) 947-4700
Fax (503) 947-4791
Nathaniel.Aggrey@doj.oregon.gov
Of Attorneys for State
Defendants Adams, Brazeau, Conzoner, Florip,
Hill, Humphreys, Jester, Lawhead, & OYA

Page 1 -    CERTIFICATE OF SERVICE
NA3/km4/1013721189

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791